JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MIGUEL ANGEL SEDA,<br><br>Petitioner,<br><br>v.<br><br>DANNY SAMUEL,<br><br>Respondent. | Case No. CV 22-01440-VAP (DFM)<br><br>JUDGMENT |

Pursuant to the Order Summarily Dismissing Petition for Lack of Jurisdiction,

IT IS HEREBY ADJUDGED that this action is dismissed.

Date: July 28, 2022

*Virginia A. Phillips*
VIRGINIA A. PHILLIPS
United States District Judge